JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTHOLOMEW ANTHONY WHITE, <br><br> Plaintiff <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No: 8:16-cv-02214 <br><br> [**PROPOSED**] JUDGMENT |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: September 25, 2017

THE HONORABLE KENLY KIYA KATO
United States Magistrate Judge

-1-